UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cr-20959-HUCK/BECERRA

**UNITED STATES OF AMERICA**,

v.

**JHON FREDY ARIAS CANO,**

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 129], which was entered on April 5, 2022. In the R&R, Judge Becerra found that the Defendant Jhon Fredy Arias Cano, freely and voluntarily entered a plea of guilty as to the sole Count of the Indictment, which charges Defendant with conspiracy to distribute a controlled substance, knowing the controlled substance will be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a) and 963.

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of the offense, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of

guilty, and Defendant is hereby adjudged guilty as to the sole Count of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Thursday, June 9, 2022 at 1:00 PM**.

    **DONE AND ORDERED** in Miami, Florida on April 6, 2022.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record